THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD QUINONES, Appellant. [627 NYS2d 937] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered April 14, 1993, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish beyond a reasonable doubt that the defendant acted in concert to commit murder. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). Sullivan, J. P., Copertino, Goldstein and Florio, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK REESE, Appellant. [627 NYS2d 938] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered April 5, 1993, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to various remarks made by the prosecutor during the summation are unpreserved for appellate review inasmuch as no objections were raised to the comments in question *(see,* CPL 470.05 [2]). In any event, we find that the challenges were either without merit or would not warrant reversal in the exercise of our interest of justice jurisdiction. Balletta, J. P., O'Brien, Thompson and Altman, JJ., concur.